CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 19 2018

JULIA C. DUDLEY, CLERK
BY /s/ Audrey Bus
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE COUNTY DIVISION

SOOTHING TECHNIQUES, INCORPORATED,

    Plaintiff,

v.

Civil Action No.: 7:18CV24

INTERNAL REVENUE SERVICE
Richard Lewis Hawkins, Federal Agent
    Defendant
Greenhurst Drive
Roanoke, Virginia

Jeannie Marie LaRose
1111 Jeanette Avenue
Vinton, Virginia 24179

**COMPLAINT**

Because of the long-term duress of a covert operation within my business, Soothing Techniques, Incorporated, family and friends (1999 to present), a supernatural event occurred ~~to enable me,~~ Rhonda T. Amos, owner, to:

    1) identify the Covert IRS Operation,

    2) the reason why,

    3) and how it is implemented and people involved.

This operation caused the closing of SOOTHING TECHNIQUES, INCORPORATED and life to cease as I knew it.

SOOTHING TECHNIQUES, INCORPORATED
Rhonda T. Amos
2744 Highland Road, S.E.
Roanoke, Virginia 24014
540/915-3704

*Rhonda J. Amos*